AGRICULTURAL INSURANCE COMPANY et al. v. ELMHURST CONTRACTING CO., INC., and ALAN H. BONITO & CO., INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 973.]

PETER J. BELIES et al. v. PENNSYLVANIA BUILDING, INC.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 268 App. Div. 768.]

WILLIAM MIRMAN et al., On Behalf of Modern International Corporation and Another, for Themselves and for Other Stockholders, Similarly Situated, v. JACOB LEICHTMAN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 986; post, p. 768.]

In the Matter of the Accounting of R. GARFIELD SNYDER, as Executor of ANNE M. GOEBEL, Deceased. CHARLES H. WATTS, as Executor of R. GARFIELD SNYDER, Deceased; EMMA ZIEGLER et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 983.]

MOSCOW FIRE INSURANCE COMPANY et al. v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said Moscow Fire Insurance Company et al., and BERTRAM A. CATER. SAMUEL E. MORRO et al., In Behalf of Themselves and All Other Stockholders of Moscow Fire Insurance Company, v. MOSCOW FIRE INSURANCE COMPANY et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 984.]

ASBURY PARK AND OCEAN GROVE BANK, as Trustee, v. NATIONAL CITY BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 984.]

HOTEL EDISON CORPORATION v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1029.]

## (February 16, 1945.)

MARTIN H. WINTHROP, Substituted Committee of HARRY WEINTRAUB, an Incompetent Person, Appellant, v. ROSE L. SCHWARTZ et al., Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARFIELD MILLER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONSTANTINE CHINGOS, THOMAS KENNEDY and DANIEL BRUNO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR SCHWARZBAUM, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.